UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA TERREFE, on behalf of herself and others similarly situated

CASE NO. : 1:15-CV-05774-JGK

**Plaintiff**

V.

GENT'S ENTERPRISES, INC., d/b/a KABOOZ'S BAR & GRILL, et al

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Suffern, New York

That on **7/28/2015** at **4:37 PM** at **Amtrak Level, Penn Station, New York, NY 10001**

deponent served a(n) **Summons in a Civil Action, Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial with Exhibit A**

on **Joel Mairie**

by delivering thereat a true copy of each to **Mark Carti [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **Amtrak Level, Penn Station, New York, NY 10001**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **7/30/2015**

**c/o Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill**

Description of Person Served:
Gender: Male
Skin: Tan
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
30th day of July, 2015

_____
NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

_____
Marissa O'Brien
License No. 2015599