UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMARA TERREFE, on behalf of herself and
Others similarly situated,   Case No. 15-cv-5774 (JGK)
                Plaintiff

**NOTICE OF APPEARANCE**

-against-

GENT'S ENTERPRISES, INC. d/b/a
KABOOZ'S BAR & GRILL, NICOLA FAZIO
THOMAS MICHOS, AND JOEL MAIRIE

                Defendants
-----------------------------------------------------------X

APPEARANCE OF COUNSEL

TO:   The Clerk of Court and all parties of record

I am admitted or other authorized to practice in this court, and I appear in this case as counsel for: GENT'S ENTERPRISES, INC. d/b/a KABOOZ'S BAR & GRILL; NICOLA FAZIO and THOMAS MICHOS only as to the wage and hour allegations made against the within named defendants.

DATED: August 13, 2015

_____
Attorney's signature
HARRY MANESIS
224 West 30th St. Rm. 803
N.Y.,N.Y. 10001
Ph.-212-947-8710
Fax: 212-564-2543
E-Mail: hpmanesis@yahoo.com