UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| SAMARA TERREFE, on behalf of herself and others similarly situated, | : | Case No. 15-cv-5774 (JGK) |
| | : | |
| *Plaintiff,* | | **NOTICE OF APPEARANCE** |
| | : | |
| -against- | | |
| | : | |
| GENT'S ENTERPRISES, INC., d/b/a KABOOZ'S BAR & GRILL, NICOLA FAZIO, THOMAS MICHOS, and JOEL MAIRIE, | : | |
| | : | |
| *Defendants.* | | |

---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, the undersigned appears as counsel for defendants, Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill", Nicola Fazio, Thomas Michos, and Joel Myrie s/h/a "Joel Mairie", in the referenced action and respectfully requests that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:  New York, New York
        August 18, 2015

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill", Nicola Fazio, Thomas Michos, and Joel Myrie s/h/a "Joel Mairie"*

By:  s/ Tara Toevs Carolan
     Tara Toevs Carolan (TT7181)
     1350 Broadway, 11th Floor
     New York, New York 10018
     (212) 216-8000
     tcarolan@tarterkrinsky.com

00978440.DOC