UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| SAMARA TERREFE, on behalf of herself and others similarly situated, | : | Case No. 15-cv-5774 (JGK) |
| | : | |
| Plaintiff, | : | **RULE 7.1 STATEMENT** |
| | : | |
| -against- | : | |
| | : | |
| GENT'S ENTERPRISES, INC., d/b/a KABOOZ'S BAR & GRILL, NICOLA FAZIO, THOMAS MICHOS, and JOEL MAIRIE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill" ("Gent's"), certifies that defendant Gent's is not a publicly traded corporation.  In addition, there are no publicly held corporate parents, affiliates, and/or subsidiaries of Gent's.

Dated:   New York, New York
         August 18, 2015

                                        **TARTER KRINSKY & DROGIN LLP**
                                        *Attorneys for Defendants Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill", Nicola Fazio, Thomas Michos, and Joel Myrie s/h/a "Joel Mairie"*

                                        By:   s/ Richard L. Steer
                                              Richard L. Steer
                                              1350 Broadway, 11th Floor
                                              New York, New York 10018
                                              (212) 216-8000
                                              rsteer@tarterkrinsky.com

00978431.DOC