```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SAMARA TERREFE, on behalf of herself and  :   Case No. 15-cv-5774 (JGK)
others similarly situated,
                                          :
                    Plaintiff,            :   **STIPULATION TO EXTEND
                                              TIME TO ANSWER OR MOVE**
         -against-                        :

GENT'S ENTERPRISES, INC., d/b/a           :
KABOOZ'S BAR & GRILL, NICOLA FAZIO,
THOMAS MICHOS, and JOEL MAIRIE,           :

                                          :
                    Defendant.            :
-------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that the time for Defendants Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill", Nicola Fazio, Thomas Michos, and Joel Myrie s/h/a "Joel Mairie" to answer or move shall be and is hereby extended from August 18, 2015, to and including September 25, 2015, and that this is the first extension of such deadline. Defendants further agree that they will not contest service of process.

Dated:  New York, New York
        August 18, 2015

JOSEPH & KIRSCHENBAUM LLP                TARTER KRINSKY & DROGIN LLP

By: _____            By: _____
    D. Maimon Kirschenbaum                   Richard L. Steer
    32 Broadway, Suite 601                   Tara Toevs Carolan
    New York, New York 10004                 1350 Broadway, 11th Floor
    (212) 688-5640                           New York, New York 10018
    maimon@jk-llp.com                        (212) 216-8000
                                             rsteer@tarterkrinsky.com
                                             tcarolan@tarterkrinsky.com

00978431.DOC

LAW OFFICE OF FINN W.
DUSENBERY
Finn W. Dusenbery
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 583-0030
finn@dusenberylaw.com

*Attorneys for Plaintiff*

THE LAW OFFICES OF HARRY P.
MANESIS
Harry P. Manesis
244 West 30th Street, Suite 803
New York, New York 10001
(212) 947-8710
hpmanesis@yahoo.com

*Attorneys for Defendants Gent's Enterprises
Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's
Enterprises, Inc., d/b/a Kabooz's Bar & Grill",
Nicola Fazio, Thomas Michos, and Joel Myrie
s/h/a "Joel Mairie"*

**SO ORDERED:**

*[signature]*

**U.S.D.J.**

Dated: New York, NY
August 19, 2015

00978431.DOC