

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

October 15, 2015

<u>*Via ECF*</u>

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Samara Terrefe v. Gent's Enterprises, Inc., et al.*
      **Case No. 15-cv-5774 (JGK)**

Dear Judge Koeltl:

We represent Defendants Gent's Enterprises Inc. ("<u>Gent's</u>") and Joel Myrie s/h/a "Joel Mairie" ("<u>Myrie</u>") in the referenced action.

We were initially retained to represent all defendants in this action with regard to all claims including the federal and state wage and hour claims, the New York City Human Rights discrimination claim, and the common law battery claim. However, due to the insurance coverage applicable in this matter, my firm has since been appointed by the insurer only as counsel to defendants Gent's and Myrie relating to plaintiff's Seventh and Eighth Claims for Relief, for discrimination and common law battery, respectively.

As the wage and hour claims are not covered by the applicable insurance policy, Defendants Nicola Fazio and Thomas Michos are now represented by Harry Manesis, Esq., as there are only wage and hour allegations asserted against them. Additionally, Mr. Manesis also represents Kabooz's only as to the wage and hour allegations against it.

As such, we write to request an amendment of my firm's notices of appearances (ECF Nos. 14 and 15) and to be relieved as counsel for defendants Nicola Fazio and Thomas Michos and to be relieved as counsel for Kabooz's only with regard to the wage and hour allegations.

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By:   s/Richard L. Steer
      Richard L. Steer

01006524.DOCX