UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SAMARA TERREFE, :
:
      Plaintiff, :
:
    - against - :
:
GENT'S ENTERPRISES, INC., ET AL., :
:
      Defendants. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/28/15

15 CV 5774 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__   Specific Non-Dispositive Motion/Dispute:* _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is: _____

_x_   Settlement*

__   Inquest After Default/Damages Hearing

__   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

__   Habeas Corpus

__   Social Security

__   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ____

**SO ORDERED.**

DATED:   New York, New York
             October 27, 2015

                                                    /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                                    **United States District Judge**

* Do not check if already referred for general pretrial.