

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

November 30, 2015

**Via ECF**
Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/30/15

Re:   *Samara Terrefe v. Gent's Enterprises, Inc. d/b/a Kabooz's Bar & Grill, Nicola Fazio, Thomas Michos, and Joel Mairie*
      Case No. 15-cv-5774 (JGK)(AJP)

Dear Judge Peck:

We represent Defendants Gent's Enterprises Inc. d/b/a Kabooz's Bar & Grille s/h/a "Gent's Enterprises, Inc., d/b/a Kabooz's Bar & Grill" ("Kabooz's") and Joel Myrie s/h/a "Joel Mairie" ("Myrie") relating to the Seventh and Eighth Claims for Relief, for discrimination and common law battery, respectively, in Plaintiff's First Amended Complaint.

Pursuant to Your Honor's Order for Settlement Conference dated November 6, 2015 (Doc. 35) (the "Order"), a Settlement Conference is scheduled for December 2, 2015 at 10:00 a.m. before Your Honor.

By Order dated November 30, 2015 (Doc No. 39), Your Honor denied our request that Kathryn Sherman, Specialty Claims Attorney with HCC Specialty, be permitted to be available via telephone conference if necessary. In light of Ms. Sherman's unavailability to attend the settlement conference in person, Kabooz's and Myrie respectfully request an adjournment of the Settlement Conference scheduled for December 2, 2015. This is Kabooz's and Myrie's first request for an adjournment of the Settlement Conference, and such request is made on consent of Plaintiff's counsel.

**MEMO ENDORSED** 11/30/15
DENIED - THE CONF
GOES ON AS SCHEDULED!

SO ORDERED:
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*
*Gent's Enterprises Inc. and Joel Myrie*

By:  s/ Richard L. Steer
     Richard L. Steer