# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SAMARA TERREFE, on behalf of herself and
others similarly situated,

        Plaintiff,

v.

GENT'S ENTERPRISES, INC., d/b/a
KABOOZ'S BAR & GRILL, NICOLA FAZIO,
THOMAS MICHOS, and JOEL MAIRIE,

        Defendants.
-------------------------------------------------------x

Index No. 15-CV-5774 (JGK)

## STIPULATION OF PARTIAL DISMISSAL

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the FLSA and New York State minimum wage claims, FLSA and New York State overtime claims, New York spread of hours claim, and New York notice claims alleged in the above-captioned action be dismissed with prejudice, with each party to bear their own fees and costs.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals

Dated: 12/1 , 2015         Dated: 11/18 , 2015

Law Office of Finn W. Dusenbery         The Law Offices of Harry P. Manesis

By: _Finn Dusenbery_         By: _[signature]_

1

Finn W. Dusenbery, Esq.
26 Broadway, 21st Floor
New York, NY 10004
(212) 583-0030

*Attorneys for Plaintiff*

Harry P. Manesis, Esq.
224 West 30th Street, #803
New York, NY 10001
(212) 947-8710

*Attorneys for Defendants*

**SO-ORDERED**

_____
Hon. Andrew J. Peck, United States Magistrate Judge

2