UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SAMARA TERREFE,

          Plaintiff,                    15 Civ. 5774 (AJP)

    -against-

                              **ORDER OF DISMISSAL ON CONSENT**

GENT'S ENTERPRISES, INC., et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreements reached by all parties (see Dkt. No. 45), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and all conferences are cancelled. The Court finds the settlement of the FLSA and NYLL claims to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision.

        SO ORDERED.

DATED:      New York, New York
                December 14, 2015

                                                 _____
                                                 **Andrew J. Peck**
                                                 United States Magistrate Judge

Copies **ECF** to:       All Counsel